## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**CHAZ PINKSTON**                                                                                           **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO. 5:22-CV-15-KS-MTP**

**MICHELLE HIGGINBOTHAM**
**and PENNY TERRELL**                                                                          **DEFENDANTS**

### ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on November 3, 2022, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment [11] is Granted and the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Complaint [2] is hereby dismissed without prejudice. A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the __6th__ day of December, 2022.

_____s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE