# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**CHAZ PINKSTON**                                                                                                    **PLAINTIFF**

**VS.**                                                            **CIVIL ACTION NO. 5:22-CV-15-KS-MTP**

**MICHELLE HIGGINBOTHAM**
**and PENNY TERRELL**                                                                                  **DEFENDANTS**

## ORDER

THIS CAUSE IS BEFORE THE COURT on Motion for Leave to File a Motion for Reconsideration [34], Motion for Reconsideration [35] of Order [31] Adopting Report and Recommendation, Motion [36] for Leave to File a Notice of Appeal, and Motion [38] for Leave to File a Motion for a Notice of Appeal, all filed by Chaz Pinkston, Plaintiff herein. Also filed by Plaintiff is a Notice of Appeal [37]. Once a Final Judgment is appealed, jurisdiction goes to the Circuit Court. Therefore, Motions [34], [35], [36] and [38] are OVERRULED WITHOUT PREJUDICE because jurisdiction is now vested in the Fifth Circuit Court of Appeals.

SO ORDERED this the ___13th___ day of January, 2023.

                                               ___s/Keith Starrett_____
                                               UNITED STATES DISTRICT JUDGE